## THE MANHATTAN OIL COMPANY *v.* THE STATE.

[No. 3,386.   Filed May 28, 1901.]

CRIMINAL LAW.—*Arraignment.—Appeal and Error.*—A judgment convicting defendant for obstructing a highway will be reversed on appeal where the record does not show an arraignment, waiver of arraignment or plea entered by or for defendant.

From the Blackford Circuit Court.   *Reversed.*

*Jay A. Hindman,* for appellant.

*W. L. Taylor,* Attorney-General, *C. C. Hadley, Merrill Moores* and *A. M. Waltz,* for State.

ROBINSON, J.—Appellant was tried and convicted for obstructing a highway. Overruling a motion for a new trial is the only error assigned. The record fails to disclose affirmatively that appellant was arraigned or that a plea to the affidavit and information was entered either by or for appellant. It is held that this question is presented by an assignment as a cause for a new trial that the verdict is contrary to law. *Bowen* v. *State,* 108 Ind. 411. As the record

does not show an arraignment, or that appellant waived it, nor that a plea was entered by or for appellant, under the rule declared by the Supreme Court the judgment must be reversed. *Hicks* v. *State,* 111 Ind. 402; *Weir* v. *State,* 115 Ind. 210; *Billings* v. *State,* 107 Ind. 54; *McJunkins* v. *State,* 10 Ind. 140; *Shoffner* v. *State,* 93 Ind. 519; *Miller* v. *State* (Ind. App.) 59 N. E. 287.

Judgment reversed.